UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Otero-Ortiz,
    Petitioner,
        V.
United States of America,
    Respondent.

CASE NUMBER: 97-2321 (HL)

| MOTION |
|---|

Date Filed: 4/28/00    Docket # 13    [x] Plffs  [] Defts
Title: Motion Requesting that Undersigned Assistant Federal Public Defender be Withdrawn as Counsel on Record
Opp'n Filed:    Docket #

| ORDER |
|---|

Counsel is granted leave to withdraw as attorney of record for Petitioner.

Date 5-10-00        HECTOR M. LAFFITTE
                    Chief U.S. District Judge