UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Otero-Ortiz,
    Petitioner,
    V.
United States of America,
    Respondent.

CASE NUMBER: 97-2321 (HL)

## ORDER

Petitioner is hereby ordered to show cause by September 28, 2000 why this case should not be dismissed for Petitioner's failure to show defense counsel's deficient performance. Specifically, Petitioner shall address his failure to inform his defense counsel that his presentence report was incorrect.

The Court notes that Petitioner is still represented by the Federal Public Defender in this case.

Date 9/15/00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED AND FILED
00 SEP 18 AM 11:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.