UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Otero Ortiz,
    Plaintiff,
    V.
United States of America,
    Defendant.

CASE NUMBER: 97-2321 (HL)

## MOTION

Date Filed: 9//00   Docket # 16   [x] Plffs [] Defts
Title: Motion for Extension of Time to Respond to Order to Show Cause
Opp'n Filed:   Docket #

## ORDER

Petitioner shall have until October 20, 2000 to comply with the Court's order of September 18, 2000. Failure to do so shall result in the immediate dismissal of this case.

Date 9/28/00    HECTOR M. LAFFITTE
    Chief U.S. District Judge

