UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Jose A. Otero-Ortiz,
    Plaintiff,
    V.
United States of America,
    Defendant.

CASE NUMBER: 97-2321 (HL)

### MOTION

Date Filed: 9/10/97    Docket # 3, 5, 8, 9, 12    [x] Plffs  [] Defts
Title: Motion Requesting Leave to File Document
Opp'n Filed:    Docket #

### ORDER

Moot.

### MOTION

Date Filed: 9/27/00    Docket # 16    [x] Plffs  [] Defts
Title: Motion for Extension of Time
Opp'n Filed:    Docket #

### ORDER

This motion was ruled on by Dkt. No. 17.

Date 10/24/00

HECTOR M. LAFFITTE
Chief U.S. District Judge