UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Jose A. Otero-Ortiz,
  Petitioner,

v.                                                          Civil No. 97-2321 (HL)

United States of America,
  Respondent.

## JUDGMENT

The Court having issued an Opinion and Order on this same date, judgment is hereby entered denying Petitioner's § 2255 petition.

In San Juan, Puerto Rico
This 29th day of November, 2000

                                    HECTOR M. LAFFITTE
                                    Chief United States District Judge

AO 72A
(Rev.8/82)